FILED
11-10-2010
NOV 10 2010
JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

10CR928-2
MHW
12/8
09CR928

Mr. Judge Leinenweber

I am well aware that you are partial and or stand on neutral grounds so I am not writing you in hopes that you side with me, sir. I promised my attorney Mr. Petro I would not write you again and that if I did I would inform him. I explained to Mr. Petro a few times now that there is something going on that I don't like and that if this matter at hand isn't fixed I would write you again or raise my hand in court and tell you what has been going on ever since the previous letter I had sent you. There is unjust being brung upon me by Mrs. Carol A Bell in which I believe is fueled by the previous letter I sent you. I have recieved three plea agreements from Mrs. Carol A Bell since my last courtdate in which she has taken information from those meetings I last wrote you about and she has fabricated it beyond belief and is now trying to use it against me for relevent conduct so that I recieve more time than I would for the amount of drugs allegedly in my case. I went into those meeting's on accord of my attorney and I believed and trusted when they said those profit and or promisory letters protected me and everything I said but instead I am seeing different and a worsen outcome. I have also sent a letter to Mr. Petro letting him know that if he doesn't attack this matter soon I would like for him to resign from my case. Mr. Leinenweber could you please check into what is going on here in your courtroom right under your nose, I am very concerned. My attorney said he would go over Mrs. Carol A Bell's head and talk to her supervisor but its not looking to good. I am growing very impatient and I am ready to get this behind me so that I won't worry as much as I am currently. If Mr. Petro doesn't address this soon I pray that you do, this here is my life at stake and I feel if I don't

say anything no one else will, however I do apologize if writing you is the wrong thing to do but I have not many more options. Wrong is wrong and I am prepared to accept my punishment for my wrongs, but I refuse to just sit by and let Ms. Bell try to give me a harsher punishment than what I am accountable for without speaking what I feel and I feel I have exhausted all remedies with my attorney with all do respect Mr. Petro and his assistant Quinn, Mr. Leinenweber if my attorney does not address this situation soon I ask strongly that you please bring it to his attention, it is not my intentions to embarass him as an attorney as if he isn't doing his job I am just a concerned and tired man ready to get all this behind me and get on with what life I have left to live, thank you Sir, Stephen Patrick

RECEIVED NOV 10 2010 JUDGE HARRY D. LEINENWEBER, U.S. DISTRICT COURT JUDGE

Stephen Patrick #90649
Mchenry County Jail
2200 N Seminary Ave
Woodstock IL 60098

Judge Harry D. Leinenweber
219 S. Dearborn
Chicago IL 60604